[No. 24395-4-II.   Division Two.   September 8, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD KENNETH BRASKET, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04078-7, Terry D. Sebring, J., entered February 9, 1999. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 24360-1-II.   Division Two.   September 8, 2000.]

STEVE A. RICE, *Appellant*, v. SISTERS OF PROVIDENCE IN WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00497-8, Richard A. Strophy, J., entered February 17, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld and Hunt, JJ.

[Nos. 22242-6-II; 22472-1-II;   Division Two.   September 8, 2000.]
23958-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JOSEPH HALL, *Appellant*.
*In the Matter of the Personal Restraint of* THOMAS J. HALL, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00735-6, James Eldo Rulli, J., entered July 16, 1997, together with two petitions for relief from personal restraint. Judgement *affirmed in part* and *reversed in part*, petitions *granted in part* and *denied in part*, and case *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan and Bridgewater, JJ.